IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCUS A. ROSARIO,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 24-CV-1774** |
| : | |
| **BUCKS COUNTY CORRECTIONAL** : | |
| **FACILITY,** *et al.*, : | |
|     **Defendants.** : | |

**ORDER**

AND NOW, this 29th day of April, 2024, Plaintiff Marcus A. Rosario having submitted a Complaint to the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Rosario seeks to proceed with this action he must, within thirty (30) days of the date of this Order, either (1) pay $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis* with a certified copy of his prisoner account statement (or institutional equivalent) showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined for the six-month period from October 24, 2023 through April 24, 2024, reflecting account activity from that time period.

2. If Rosario is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed. Rosario will not be entitled to the return of any payments made toward the fee.

3. A blank copy of this Court's current standard prisoner *in forma pauperis* form bearing the above civil action number is being mailed to Rosario along with this Order. Rosario

may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

    4.    If Rosario fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

        **GEORGE WYLESOL**
        **CLERK OF COURT**


        **By:**    *s/ Brian Weissman*
        _____
        **Deputy Clerk**