# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS A. ROSARIO** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 24-CV-1774** |
| | : | |
| **BUCKS COUNTY CORRECTIONAL** | : | |
| **FACILITY,** *et al.*, | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 10th day of July, 2024, in light of *pro se* Plaintiff Marcus A. Rosario's failure to comply with the May 16, 2024 Order, (ECF No. 5), which (a) granted him thirty (30) days to pay the applicable $405 filing fee or file a certified copy of his prisoner account statement showing account activity from October 24, 2023, through April 24, 2024, as required by 28 U.S.C. § 1915(a)(2), and (b) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is hereby **ORDERED** that:

1. Rosario's case is **DISMISSED, without prejudice,** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*